JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIMAS RENE CANO JOHNSON, | ) | Case No. CV 16-3390-JGB (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LORETTA E. LYNCH, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 30, 2016

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE